Adam B. Nach – 013622
Jonathan C. Simon – 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

Attorneys for David A. Birdsell, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

LINDSEY HARDISON aka LINDSEY KILPATRICK aka LINDSEY HARDISON KILPATRICK,

Debtor.

(Chapter 7 Case)

No. 2:14-bk-01152-EPB

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY**

David A. Birdsell, Chapter 7 Trustee, by and through his attorneys undersigned, herein moves this Court for an Order compelling Debtor to turnover Estate property and comply with her duties. For his Motion, Trustee represents as follows:

1. This case was commenced by a voluntary Petition filed by Debtor under Chapter 7 on January 29, 2014 ("Petition Date").

2. David A. Birdsell is the duly appointed and acting trustee of the Chapter 7 Estate (hereinafter "Trustee").

3. Among the assets of this Estate are: a) Debtor's 2013 federal income tax refund received post-petition in the amount of $2,855.00 ("2013 Tax Refund"); and b) the Estate's portion of Debtor's 2014 federal and state income tax refunds in the amount of $148.58 ("Tax Refunds") (7.95% * [$673.00 federal refund + $1,197.00 state refund]).

4. Trustee made demand for turnover of the 2013 Tax Refund and 2014 Tax Refunds.

5. Pursuant to 11 U.S.C. §521, the Debtor is required to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties" and to "surrender to the trustee, all the property of the estate". Pursuant to 11 U.S.C. §542, the Debtor has a duty to turn over the 2013 Tax Refund and 2014

Tax Refunds.

6. Trustee requests that that interest on the amount due, until paid, shall accrue at the rate set forth in 28 U.S.C. §1961.

WHEREFORE, David A. Birdsell, Trustee, respectfully requests for an Order of this Court directing:

A. Debtor to turn over to the Trustee the aggregate value of the 2013 Tax Refund and 2014 Tax Refunds in the amount of $3,003.58 within fourteen (14) days of the date of the Order directing turnover;

B. That interest will accrue on the amount due at the rate set forth in 28 U.S.C. §1961; and,

C. For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 14th day of August, 2015.

**LANE & NACH, P.C.**

By /s/ JCS – 029750
Adam B. Nach
Jonathan C. Simon
*Attorneys for Trustee*

Copy of the foregoing mailed first class mail to:

Lindsey Hardison
1319 E. Halifax
Mesa, AZ 85203
*Debtor*

COPY of the foregoing delivered via electronic notification to:

Adam E. Hauf
**Hauf Law, PLLC**
4225 W. Glendale Ave., Suite A-104
Phoenix, AZ 85051
Email: adam@hauflaw.com
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gov
By /s/ Stephanie Anderson

Lane & Nach, P.C.
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016

2

Case 2:14-bk-01152-EPB    Doc 30    Filed 08/14/15    Entered 08/14/15 15:57:20    Desc
Main Document    Page 2 of 2