Adam B. Nach – 013622
Jonathan C. Simon- 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

Attorneys for David A. Birdsell, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| LINDSEY HARDISON aka LINDSEY KILPATRICK aka LINDSEY HARDISON KILPATRICK, | No. 2:14-bk-01152-EPB |
| | **NOTICE OF TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY AND CERTIFICATE OF SERVICE** |
| Debtors. | |

TO: DEBTOR AND HER ATTORNEY

**PLEASE TAKE NOTICE** that David A. Birdsell, Trustee has filed a Motion to Compel Debtor to Turnover Estate Property, a copy of which accompanies this Notice. The Motion seeks an Order compelling you to turnover to the Trustee the aggregate value of your 2013 tax refund and 2014 tax refunds in the amount of $3,003.58 within fourteen (14) days of the date of the Order approving the Motion.

You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to grant Trustee's Motion, then on or before twenty one (21) days from the date of this Notice, you or your lawyer must file a written response, explaining your position with the Clerk of the United States Bankruptcy Court, as follows: (a) mail or hand-delivery to 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures. If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. You must also mail a copy to the Trustee's attorney, Lane & Nach, P.C., Attn: Joel F. Newell, 2001 E. Campbell Ave., Suite 103, Phoenix, AZ 85016.

If you or your attorney do not take these steps, the Court may enter its Order granting Trustee's Motion, without further notice.

DATED: August 14, 2015          LANE & NACH, P.C.

                                            By     /s/ JCS-029750
                                                 Adam B. Nach
                                                 Jonathan C. Simon
                                                 Attorneys for Trustee

I hereby certify that a copy of the foregoing was
mailed by 1st class mail, postage prepaid as follows:

Lindsey Hardison
1319 E. Halifax
Mesa, AZ 85203

delivered via electronic notification :

Adam E. Hauf
**Hauf Law, PLLC**
4225 W. Glendale Ave., Suite A-104
Phoenix, AZ 85051
Email: adam@hauflaw.com
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gov

By */s/ Stephanie Anderson*