DAVID A. BIRDSELL
Bankruptcy Trustee
216 N CENTER ST
MESA, AZ  85201
(480) 644-1080

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HARDISON, LINDSEY | ) | Case No. 14-01152-EPB |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that <u>DAVID A. BIRDSELL</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:
TRUSTEE COLLECTED DEBTOR'S STATE TAX REFUND OF $374 THIS AMOUNT IS TOO SMALL TO ADMINISTER AND TRUSTEE INTENDS TO SEND THESE FUNDS BACK TO DEBTOR
.

Any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with GEORGE PRENTICE, US BANKRUPTCY COURT, CLERK, DISTRICT OF ARIZONA, 230 NORTH FIRST AVENUE, SUITE 101, PHOENIX, AZ 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee at the following address:
TRUSTEE:    <u>DAVID A. BIRDSELL, 216 N Center St, Mesa, AZ  85201</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| | |
|---|---|
| *December 15, 2015* | */s/ David A. Birdsell* |
| Date | David A. Birdsell, Trustee |