David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HARDISON, LIDSEY | ) | Case No. 2:14-bk-01152EPB |
| | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | TRUSTEE'S NOTICE OF ABANDONMENT |
| Debtor(s) | ) | |

David A. Birdsell, Chapter 7 Trustee, hereby withdraws his motion for abandonment of the following assets:

TRUSTEE COLLECTED DEBTOR'S STATE TAX REFUND OF $374 THIS AMOUNT IS TOO SMALL TO ADMINISTER AND TRUSTEE INTENDS TO SEND THESE FUNDS BACK TO DEBTOR

Dated: December 15, 2015        /s/   David A. Birdsell
                                David A. Birdsell, Trustee