Adam B. Nach – 013622
Jonathan C. Simon – 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

Attorneys for David A. Birdsell, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| LINDSEY HARDISON aka LINDSEY KILPATRICK aka LINDSEY HARDISON KILPATRICK, | No. 2:14-bk-01152-EPB |
| Debtor. | **TRUSTEE'S AMENDED MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY** |

David A. Birdsell, Chapter 7 Trustee, by and through his attorneys undersigned, herein moves this Court for an Order compelling Debtor to turnover Estate property and comply with her duties. For his Amended Motion, Trustee represents as follows:

1. This case was commenced by a voluntary Petition filed by Debtor under Chapter 7 on January 29, 2014 ("Petition Date").

2. David A. Birdsell is the duly appointed and acting trustee of the Chapter 7 Estate (hereinafter "Trustee").

3. On or about August 14, 2015, Trustee filed his Motion to Compel Debtor to Turnover the following property: a) Debtor's 2013 federal income tax refund received post-petition in the amount of $2,855.00 ("2013 Tax Refund"); and b) the Estate's portion of Debtor's 2014 federal and state income tax refunds in the amount of $148.58 ("Tax Refunds") (7.95% * [$673.00 federal refund + $1,197.00 state refund]).

4. Debtor filed an Objection to Trustee's Motion, and provided supporting documentation that the Debtor's 2013 tax refund was offset by the Department of Treasury.

5. Subsequently, Debtor provided Trustee with her Amended 2014 federal and state income tax

returns. Pursuant to the amended tax returns, Debtor is entitled to receive the following 2014 income tax refunds, of which the Estate's share is 7.95%:

|  | Refund Amount | Estate's share |
|---|---|---|
| a. Federal tax refund: | $36,369.00 | $2,889.59 |
| b. Arizona tax refund: | $451.00 | $35.83 |
| c. New York tax refund | $14.00 | $1.11 |
|  | Total: | $2,926.53 |

6. Pursuant to 11 U.S.C. §521, the Debtor is required to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties" and to "surrender to the trustee, all the property of the estate". Pursuant to 11 U.S.C. §542, the Debtor has a duty to turn over the Estate's portion of the Debtor's 2014 tax refunds in the amount of $2,926.53.

7. Trustee requests that that interest on the amount due, until paid, shall accrue at the rate set forth in 28 U.S.C. §1961.

WHEREFORE, David A. Birdsell, Trustee, respectfully requests for an Order of this Court directing:

    A. Debtor to turn over to the Trustee the aggregate value of the Estate's share of the Debtor's 2014 tax refunds in the amount of $2,926.53 within fourteen (14) days of the date of the Order directing turnover;

    B. That interest will accrue on the amount due at the rate set forth in 28 U.S.C. §1961; and,

    C. For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 29th day of December, 2015.

**LANE & NACH, P.C.**

By /s/ JCS – 029750
    Adam B. Nach
    Jonathan C. Simon
    *Attorneys for Trustee*

| | |
|---|---|
| 1 | Copy of the foregoing mailed first class mail to: |
| 2 | Lindsey Hardison<br>1319 E. Halifax |
| 3 | Mesa, AZ 85203<br>*Debtor* |
| 4 | |
| 5 | COPY of the foregoing delivered via electronic notification to: |
| 6 | Adam E. Hauf<br>**Hauf Law, PLLC** |
| 7 | 4225 W. Glendale Ave., Suite A-104<br>Phoenix, AZ 85051 |
| 8 | Email: adam@hauflaw.com<br>*Attorney for Debtor* |
| 9 | Office of U.S. Trustee |
| 10 | 230 North First Avenue<br>Phoenix, AZ 85003 |
| 11 | Email: Larry.Watson@usdoj.gov |
| 12 | By /s/ Stephanie Anderson |