**LANE & NACH, P.C.**
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach - 013622
email: adam.nach@lane-nach.com

Attorneys for David A. Birdsell, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LINDSEY HARDISON aka LINDSEY KILPATRICK aka LINDSEY HARDISON KILPATRICK,<br><br>　　　　　Debtor. | (Chapter 7 Case)<br><br>No. 2:14-bk-01152-EPB<br><br>**FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS TO BE SUBORDINATED TO TRUSTEE'S FEES AND REQUEST FOR NOTICING THROUGH TRUSTEE'S FINAL REPORT** |

I.　　**GENERAL INFORMATION**.

　　　Lane & Nach, P.C., (hereinafter "Attorney"), counsel for David A. Birdsell, Chapter 7 Trustee in the above-captioned case (hereinafter "Trustee") makes its Final Application for Payment of Attorneys' Fees and Costs to Be Subordinated to Trustee's Fees and Request for Noticing Through Trustee's Final Report. In support of its Application, Attorney submits its billing statements for the period of April 8, 2014 through January 28, 2016, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

II.　　**NARRATIVE SUMMARY**.

　　　A.　　Background.

　　　1. This case was commenced by voluntary petition filed on or about January 29, 2014. Thereafter, David A. Birdsell was appointed Trustee.

　　　2. Attorney's employment as counsel for the Trustee was approved by Order of this Court

dated April 16, 2014. This is Attorney's Final Application for Allowance of Compensation and Reimbursement of Expenses.

3. Attorney has expended in excess of 21.25 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time services were rendered, Attorney's fees are $3,945.50. Attorney has incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $17.36. The blended hourly rate is $248.75. Attorney has agreed to subordinate its fees and costs to Trustee's fees. The total amount sought by Attorney is as follows:

| | |
|---|---|
| Total Fees | $3,945.50 |
| Total Costs | $17.36 |
| Total | $3,962.86 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's <u>Order Authorizing Trustee to Employ Attorney</u>, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the Estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the Estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience in Phoenix, Arizona.

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| **Partner** | Adam B. Nach (ABN/Partner) | $315 | 1991 |
| **Associate** | Paul Hilkert (PH/Associate) | $225-260 | 2007 |
| **Associate** | Jonathan Simon (JS/Associate) | $195 | 2010 |
| **Paralegal** | Terie Turner (TT/Paralegal) | $110 | N/A |
| **Paralegal** | Stephanie Anderson (SA/Paralegal) | $70 | N/A |
| **Paralegal** | Danica Acosta (DA/Paralegal) | $70 | N/A |

7. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. <u>Case Status</u>.

1. To the best of Attorney's information and belief, the approximate cash receipts and disbursements as of this date are as follows:

Total Received  $3,300.53

Total Disbursed  $-0- (minimal bank fees)

2. Attorney is not aware of any other requests for compensation pending before this Court. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3. To the best of Attorney's information, there are no encumbered funds in the Estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before March, 2016.

C. <u>Project Summary</u>.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the Estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. <u>Case Administration</u>. As more fully set forth in Exhibit "A" Attorney has performed

professional services with respect to the general administration of this bankruptcy Estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred in assisting the Trustee in the analysis of the Debtor pre-petition activities and conducted an examination pursuant to F.R.B.P. 2004. Attorney reviewed Debtor Schedules and Statements filed with the Court. Attorney recovered tax returns and refunds from Debtor. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $315 | 1.60 | $504.00 |
| **Associate** | Paul Hilkert | $225-$260 | 7.90 | $1,791.50 |
| **Associate** | Jonathan Simon | $195 | 5.90 | $1,150.50 |
| **Paralegal** | Terie Turner | $110 | 2.25 | $247.50 |
| **Paralegal** | Stephanie Anderson | $70 | .60 | $42.00 |
| **Paralegal** | Danica Acosta | $70 | 3.00 | $210.00 |
| **TOTAL** | | | | $3,945.50 |

As detailed on Exhibit "A", the costs for which Attorney seeks reimbursement total $17.36. The majority of the costs were for photocopy charges incurred (@ $.25 per page) and for necessary facsimile transfer charges (@ $.20 per page).

### III. *EVALUATION STANDARDS*.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation requested; and, Attorney certifies that performance of the services has benefited the Estate.

B. Trustee has approved the requested fees and costs sought herein.

### IV. *CONCLUSION*.

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $3,945.50 for services provided herein for the period of April 8, 2014 through January 28, 2016, through Trustee's Final

Report and to be subordinated to the Trustee's Fees and Costs; and,

      B. Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $17.36 incurred herein through Trustee's Final Report and to be subordinated to the Trustee's Fees and Costs; and,

      C. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 28th day of January, 2016.

                          **LANE & NACH, P.C.**

                          By   /s/ ABN – 013622
                                  Adam B. Nach
                                  Attorney for Trustee

Copy of the foregoing delivered via electronic notification

Office of the U.S. Trustee
230 North First Avenue
First Floor
Phoenix, AZ 85003
Email: Patty.Chan@udoj.gov

By  /s/ Danica Acosta