# EXHIBIT "A"

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

DAVID BIRDSELL, TRUSTEE

| | |
|---|---|
| Statement Date: | January 28, 2016 |
| Statement No. | 48797 |
| Account No. | 2005.409 |
| | Page:  1 |

RE: HARDISON, LINDSEY

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/08/2014** | | | | |
| DLA | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 70.00 | 1.50 | 105.00 |
| ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING NEW CASE. | 315.00 | 0.30 | 94.50 |
| ABN | REVIEW DRAFT OF APPLICATION TO EMPLOY AND ORDER; ATTENTION TO SAME. | 315.00 | 0.30 | 94.50 |
| **04/18/2014** | | | | |
| PH | PRELIMINARY REVIEW OF DEBTOR DOCUMENTS | 225.00 | 0.30 | 67.50 |
| **04/29/2014** | | | | |
| TT | REVIEW EMAIL REGARDING 2004 EXAMINATION; PREPARE APPLICATION FOR EXAMINATION WITH EXHIBIT; PREPARE ORDER REGARDING SAME; DRAFT NOTICE OF SAME. | 110.00 | 0.65 | 71.50 |
| TT | FINALIZE 2004 EXAMINATION APPLICATION WITH EXHIBIT AND FILE WITH THE COURT; NOTICE AND LODGE ORDER REGARDING SAME. | 110.00 | 0.30 | 33.00 |
| PH | DRAFTED EXHIBIT A TO RULE 2004 APPLICATION | 225.00 | 0.40 | 90.00 |
| **05/06/2014** | | | | |
| TT | CHECK COURT DOCKET REGARDING APPLICATION FOR 2004 EXAMINATION; SEND EMAIL AND CALL REGARDING SAME ON ORDER AND WHETHER A NEW ORDER NEEDS TO BE LODGED. | 110.00 | 0.25 | 27.50 |
| **05/07/2014** | | | | |
| PH | TELEPHONE CALL - RECEIVED TELEPHONE CALL FROM DEBTOR'S COUNSEL REGARDING SHORT SALE OF REAL PROPERTY | 225.00 | 0.30 | 67.50 |

DAVID BIRDSELL, TRUSTEE

HARDISON, LINDSEY

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **05/08/2014** | | | | | |
| | TT | RECEIVE COURT SIGNED ORDER APPROVING 2004 EXAMINATION; REVIEW CALENDAR AND PREPARE NOTICE OF EXAMINATION AND CERTIFICATE OF SERVICE; FILE WITH THE COURT AND SERVE SAME. | 110.00 | 0.50 | 55.00 |
| | PH | TELEPHONE CALL - RECEIVED TELEPHONE CALL FROM DEBTOR'S COUNSEL; DISCUSSED RULE 2004 APPLICATION AND SALE OF REAL PROPERTY | 225.00 | 0.30 | 67.50 |
| **06/17/2014** | | | | | |
| | PH | ATTENTION TO STATUS OF DEBTOR DOCUMENT PRODUCTION | 225.00 | 0.20 | 45.00 |
| **06/18/2014** | | | | | |
| | PH | TELEPHONE CALL - LEFT VOICE MESSAGE FOR DEBTOR'S COUNSEL REGARDING STATUS OF DOCUMENT PRODUCTION AND UPCOMING RULE 2004 EXAM | 225.00 | 0.20 | 45.00 |
| **09/22/2014** | | | | | |
| | PH | PRELIMINARY REVIEW OF DOCUMENTS FROM DEBTOR'S EX-SPOUSE | 225.00 | 0.40 | 90.00 |
| **10/09/2014** | | | | | |
| | PH | TELEPHONE CALL FROM CREDITOR - DISCUSSED SHORT SALE STATUS | 225.00 | 0.30 | 67.50 |
| | PH | REVIEWED EMAIL FROM CREDITOR WITH SALE DOCUMENTATION | 225.00 | 0.40 | 90.00 |
| **11/21/2014** | | | | | |
| | JCS | REVIEW AND ANALYZE MOTION TO COMPEL ABANDONMENT | 195.00 | 0.20 | 39.00 |
| **11/29/2014** | | | | | |
| | PH | REVIEWED/RESPONDED TO EMAIL REGARDING MOTION TO COMPEL ABANDONMENT | 225.00 | 0.20 | 45.00 |
| **12/24/2014** | | | | | |
| | PH | REVIEWED ORDER APPROVING MOTION TO COMPEL ABANDONMENT OF HOMESTEAD | 225.00 | 0.20 | 45.00 |
| **12/29/2014** | | | | | |
| | PH | REVIEWED ADDITIONAL INFORMATION FROM DEBTOR | 225.00 | 0.30 | 67.50 |
| | PH | ATTENTION TO SCHEDULING OF CONTINUED RULE 2004 EXAM | 225.00 | 0.20 | 45.00 |
| **12/30/2014** | | | | | |
| | DLA | DRAFTED A CONTINUED 2004 EXAMINATION; ELECTRONICALLY FILED WITH COURT; ELECTRONIC NOTIFICATIONS; CALENDARED DATES | 70.00 | 0.50 | 35.00 |

DAVID BIRDSELL, TRUSTEE

HARDISON, LINDSEY

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/22/2015** | | | | |
| PH | REVIEWED EMAIL FROM DEBTOR'S COUNSEL WITH COPY OF 2004 DOCUMENTS ATTACHED | 225.00 | 0.20 | 45.00 |
| **02/04/2015** | | | | |
| TT | REVIEW CALENDAR FOR CONTINUED 2004 EXAMINATION DATE; SEND EMAILS (2) TO DEBTOR'S COUNSEL WITH NEW DATE AND CALENDAR SAME; LEAVE TELEPHONE MESSAGE WITH PARALEGAL.REGARDING EXAM.; RECEIVE CALL. | 110.00 | 0.35 | 38.50 |
| **02/11/2015** | | | | |
| PH | DOCUMENT REVIEW IN PREPARATION FOR RULE 2004 EXAMINATION | 225.00 | 1.00 | 225.00 |
| **02/12/2015** | | | | |
| TT | TELEPHONE CALL FROM AND CONFERENCE WITH PARALEGAL AT DEBTOR'S ATTORNEY'S OFFICE; DISCUSS 2004 EXAMINATION SCHEDULED FOR TODAY AND SEND EMAIL REGARDING SAME. | 110.00 | 0.20 | 22.00 |
| PH | CONDUCTED RULE 2004 EXAMINATION OF DEBTOR | 225.00 | 1.20 | 270.00 |
| PH | DISCUSSED CASE ISSUES WITH DEBTOR'S COUNSEL; DRAFTED POST-2004 MEMORANDUM FOR FILE IDENTIFYING CASE ISSUES | 225.00 | 0.60 | 135.00 |
| **02/18/2015** | | | | |
| PH | CORRESPONDENCE WITH TRUSTEE REGARDING STATUS OF CASE; REVIEWED ADDITIONAL DOCUMENTATION FROM TRUSTEE | 225.00 | 0.40 | 90.00 |
| PH | REVIEWED/SAVED DEBTOR'S 2014 TAX RETURNS | 225.00 | 0.20 | 45.00 |
| **03/06/2015** | | | | |
| PH | REVIEWED/RESPONDED TO TRUSTEE EMAIL REGARDING TAX REFUNDS | 225.00 | 0.20 | 45.00 |
| **03/24/2015** | | | | |
| JCS | DRAFT EMAIL TO DEBTOR ATTORNEY REGARDING STATUS OF 2013 TAX REFUNDS | 195.00 | 0.20 | 39.00 |
| **03/25/2015** | | | | |
| JCS | EMAIL CORRESPONDENCE WITH DEBTOR ATTORNEY REGARDING STATUS OF 2013 TAX REFUND | 195.00 | 0.20 | 39.00 |
| **04/06/2015** | | | | |
| JCS | EMAIL CORRESPONDENCE WITH DEBTOR ATTORNEY REGARDING STATUS OF 2013 TAX REFUNDS | 195.00 | 0.20 | 39.00 |
| **04/30/2015** | | | | |
| JCS | DRAFT EMAIL TO DEBTOR ATTORNEY REGARDING 2013 TAX REFUND | 195.00 | 0.20 | 39.00 |
| JCS | DRAFT MOTION TO COMPEL TURNOVER OF 2013 TAX REFUNDS | 195.00 | 0.80 | 156.00 |

DAVID BIRDSELL, TRUSTEE

HARDISON, LINDSEY

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **06/15/2015** | | | | | |
| | JCS | REVIEW AND REVISE MOTION TO COMPEL TURNOVER | 195.00 | 0.30 | 58.50 |
| | PH | REVIEWED/EDITED MOTION TO COMPEL TURNOVER (2013 FEDERAL TAX REFUND) | 260.00 | 0.20 | 52.00 |
| **06/30/2015** | | | | | |
| | JCS | REVIEW AND ANALYZE FILE; UPDATE CASE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **08/12/2015** | | | | | |
| | JCS | REVISE TURNOVER MOTION; CALCULATE ESTATE'S PORTION OF 2014 TAX REFUNDS TO INCLUDE IN TURNOVER MOTION | 195.00 | 0.60 | 117.00 |
| | JCS | REVIEW CASE FILE AND UPDATE CASE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **08/14/2015** | | | | | |
| | SA | REVIEW AND REVISE TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY; ONLINE WITH THE COURT TO CONFIRM ADDRESS OF DEBTOR; PREPARATION OF NOTICE OF TRUSTEE'S MOTION TO COMPEL TURNOVER. | 70.00 | 0.40 | 28.00 |
| | JCS | REVIEW AND SIGN MOTION TO COMPEL TURNOVER OF TAX REFUNDS | 195.00 | 0.20 | 39.00 |
| | SA | FINALIZE TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY AND COMPLY WITH DEBTOR'S DUTIES; FINALIZE NOTICE OF TRUSTEE'S MOTION; ELECTRONIC COURT FILINGS; ELECTRONIC NOTIFICATIONS; CALENDAR BAR DATES; FINALIZE SERVICE OF PROCESS. | 70.00 | 0.20 | 14.00 |
| **08/21/2015** | | | | | |
| | JCS | REVIEW AND ANALYZE DEBTOR'S OBJECTION TO MOTION TO COMPEL TURNOVER | 195.00 | 0.20 | 39.00 |
| **10/16/2015** | | | | | |
| | JCS | DRAFT EMAIL MEMORANDUM TO ATTORNEY NACH REGARDING STATUS OF CASE ISSUES | 195.00 | 0.20 | 39.00 |
| **11/19/2015** | | | | | |
| | JCS | REVIEW AND ANALYZE DEBTOR'S AMENDED 2014 TAX RETURN AND CALCULATE ESTATE'S PORTION OF INCOME TAX REFUND | 195.00 | 0.40 | 78.00 |
| **12/11/2015** | | | | | |
| | JCS | REVIEW FILE AND UPDATE CASE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **12/15/2015** | | | | | |
| | JCS | ATTENTION TO NOTICE OF INTENT TO ABANDON PROPERTY FILED BY TRUSTEE AND DRAFT EMAIL TO ERIN REGARDING AMENDMENT TO 2014 TAX RETURNS | 195.00 | 0.20 | 39.00 |

DAVID BIRDSELL, TRUSTEE

HARDISON, LINDSEY

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **12/24/2015** | | | | | |
| | JCS | BEGIN DRAFTING AMENDED MOTION TO COMPEL TURNOVER | 195.00 | 0.20 | 39.00 |
| **12/28/2015** | | | | | |
| | JCS | FINISH DRAFTING AMENDED MOTION TO COMPEL TURNOVER OF 2014 TAX REFUNDS | 195.00 | 0.60 | 117.00 |
| | PH | REVIEW/REVISE AMENDED MOTION TO COMPEL TURNOVER (2014 TAX REFUNDS) | 260.00 | 0.20 | 52.00 |
| **12/29/2015** | | | | | |
| | JCS | REVIEW AND REVISE NOTICE OF TURNOVER MOTION AND REVIEW AND SIGN MOTION TO COMPEL TURNOVER | 195.00 | 0.20 | 39.00 |
| **01/11/2016** | | | | | |
| | JCS | EMAIL CORRESPONDENCE WITH DEBTOR ATTORNEY REGARDING PAYMENT TO TRUSTEE PURSUANT TO TURNOVER MOTION | 195.00 | 0.20 | 39.00 |
| **01/25/2016** | | | | | |
| | JCS | REVIEW AND SIGN NOTICE OF WITHDRAWAL OF AMENDED TURNOVER MOTION | 195.00 | 0.20 | 39.00 |
| **01/28/2016** | | | | | |
| | DLA | FINALIZE TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 70.00 | 1.00 | 70.00 |
| | ABN | CASE CLOSING REVIEW; REVIEW TRUSTEE ATTORNEY FEE APPLICATION | 315.00 | 1.00 | 315.00 |
| | | CASE ADMINISTRATION | | 21.25 | 3,945.50 |
| | | For Current Services Rendered | | 21.25 | 3,945.50 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 1.60 | $315.00 | $504.00 |
| JONATHAN SIMON | 5.90 | 195.00 | 1,150.50 |
| PAUL HILKERT | 7.50 | 225.00 | 1,687.50 |
| PAUL HILKERT | 0.40 | 260.00 | 104.00 |
| DANICA ACOSTA | 3.00 | 70.00 | 210.00 |
| STEPHANIE M. ANDERSON | 0.60 | 70.00 | 42.00 |
| TERIE TURNER | 2.25 | 110.00 | 247.50 |

## Expenses

| | | |
|---|---|---|
| 05/07/2014 | POSTAGE @ $.48.5 | 0.96 |
| 05/07/2014 | COPIES @ $.25 EACH | 2.50 |
| 12/31/2014 | COPIES @ $.25 EACH | 3.50 |
| 08/17/2015 | COPIES @ $.25 EACH | 4.00 |
| 08/19/2015 | POSTAGE @ $.70.5 | 0.70 |

DAVID BIRDSELL, TRUSTEE

HARDISON, LINDSEY

| | | |
|---|---|---:|
| 12/29/2015 | POSTAGE @ $.70.5. | 0.71 |
| 12/31/2015 | COPIES @ $.25 EACH | 4.50 |
| 01/26/2016 | POSTAGE @ $.48.5. | 0.49 |
| | Total Expenses | 17.36 |
| | Total Current Work | 3,962.86 |
| | **Balance Due** | $3,962.86 |