UST-27C, 8-95

DAVID A. BIRDSELL
CHAPTER 7 TRUSTEE
216 N CENTER ST
MESA, AZ  85201
(480) 644-1080  (FAX) (480) 644-1082
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| HARDISON, LINDSEY | ) | CASE NO. 2:14-bk-01152-EPB |
| | ) | |
| | ) | ORDER APPROVING PAYMENT |
| Debtor(s) | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |

<u>DAVID A. BIRDSELL</u>, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| | |
|---|---:|
| Trustee Compensation | $825.13 |
| Trustee Expenses | $143.48 |
| Attorney For Trustee Adam Nach Fees | $2,276.78 |
| Attorney For Trustee Adam Nach Expenses | $17.36 |
| Bank and Technology Fees | $37.78 |
| TOTAL | $3,300.53 |

_____
DATE

_____
THE HONORABLE JUDGE EDDWARD P. BALLINGER JR.
U.S. BANKRUPTCY JUDGE