# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

In re:                                          §
                                                §
LINDSEY HARDISON                                §        Case No. 2:14-bk-01152-EPB
                                                §
            Debtor                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID A. BIRDSELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 267,353.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 151,820.27 |
| Total Distributions to Claimants: 0.00 | Claims Discharged <br> Without Payment: 403,166.92 |
| Total Expenses of Administration: 3,300.53 | |

3) Total gross receipts of $ 3,300.53  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,300.53  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,969.25 | 3,300.53 | 3,300.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 387,210.00 | 19,663.92 | 19,663.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 403,210.00 | $ 24,633.17 | $ 22,964.45 | $ 3,300.53 |

4) This case was originally filed under chapter 7 on 01/29/2014 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/20/2017                 By:/s/DAVID A. BIRDSELL, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 TAX REFUNDS | 1224-000 | 374.00 |
| 2014 TAX REFUNDS (ESTATE'S SHARE) | 1224-000 | 2,926.53 |
| **TOTAL GROSS RECEIPTS** | | **$3,300.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DESERT SCHOOLS FEDERAL | | 16,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 16,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID A. BIRDSELL | 2100-000 | NA | 825.13 | 825.13 | 825.13 |
| DAVID A. BIRDSELL | 2200-000 | NA | 143.48 | 143.48 | 143.48 |
| Bank of Kansas City | 2600-000 | NA | 37.78 | 37.78 | 37.78 |
| ADAM NACH | 3210-000 | NA | 3,945.50 | 2,276.78 | 2,276.78 |
| ADAM NACH | 3220-000 | NA | 17.36 | 17.36 | 17.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,969.25 | $ 3,300.53 | $ 3,300.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | | 620.00 | NA | NA | 0.00 |
| | Bureau Of Medical Economics | | 486.00 | NA | NA | 0.00 |
| | Chase | | 8,547.00 | NA | NA | 0.00 |
| | Harris N.a. | | 132,277.00 | NA | NA | 0.00 |
| | Seterus Inc | | 225,573.00 | NA | NA | 0.00 |
| 3 | CAPITAL RECOVERY V, LLC | 7100-000 | 715.00 | 715.96 | 715.96 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 704.00 | 704.77 | 704.77 | 0.00 |
| 2 | PYOD, LLC Its Successors And Assigns As Assignee | 7100-000 | 10,327.00 | 10,327.01 | 10,327.01 | 0.00 |
| 4 | WELLS FARGO CARD SERVICES | 7100-000 | 7,961.00 | 7,916.18 | 7,916.18 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 387,210.00 | $ 19,663.92 | $ 19,663.92 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-01152 | EPB | Judge: | Eddward P. Ballinger Jr. | Trustee Name: | DAVID A. BIRDSELL, TRUSTEE |
| Case Name: | LINDSEY HARDISON | | | | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/06/2014 |
| For Period Ending: | 09/20/2017 | | | | Claims Bar Date: | 11/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 7732 E. ALBANTY ST. #52 MESA AZ | 200,927.00 | 0.00 | | 0.00 | FA |
| 2. CASH IN BANKS | 220.27 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. COSTUME JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 7. 2012 VW | 11,401.00 | 0.00 | | 0.00 | FA |
| 8. 2013 TAX REFUNDS            (u) | 0.00 | 0.00 | | 374.00 | FA |
| 9. 1319 E. HALIFAX ST MESA AZ | 205,000.00 | 0.00 | | 0.00 | FA |
| 10. 2014 TAX REFUNDS (ESTATE'S SHARE) (u) | 0.00 | 2,926.53 | | 2,926.53 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $419,173.27          $2,926.53                    $3,300.53          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED HIS FINAL REPORT WITH THE UST AND IS NOW PENDING THEIR APPROVAL

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 09/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-01152
Case Name: LINDSEY HARDISON

Trustee Name: DAVID A. BIRDSELL, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX1482
Checking

Exhibit 9

Taxpayer ID No: XX-XXX5701
For Period Ending: 09/20/2017

Blanket Bond (per case limit): $29,161,778.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/24/15 | 8 | STATE OF AZ | 2014 STATE TAX REFUNDS | 1224-000 | $374.00 | | $374.00 |
| 01/19/16 | 10 | ERIC ESKEY | 2014 TAX REFUNDS (ESTATE'S SHARE) | 1224-000 | $2,926.53 | | $3,300.53 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.72 | $3,294.81 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.13 | $3,288.68 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.46 | $3,282.22 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.67 | $3,275.55 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.44 | $3,269.11 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.36 | $3,262.75 |
| 06/08/17 | 101 | DAVID A. BIRDSELL 216 N. CENTER MESA, AZ. 85201 | Distribution | | | $968.61 | $2,294.14 |
| | | DAVID A. BIRDSELL | Final distribution representing a payment of 100.00 % per court order. ($825.13) | 2100-000 | | | |
| | | DAVID A. BIRDSELL | Final distribution representing a payment of 100.00 % per court order. ($143.48) | 2200-000 | | | |
| 06/08/17 | 102 | ADAM NACH C/O Lane & Nach, P.C. 2001 E Campbell Ave Ste 103 PHOENIX, AZ  85016-5573 | Distribution | | | $2,294.14 | $0.00 |
| | | ADAM NACH | Final distribution representing a payment of 100.00 % per court order. ($17.36) | 3220-000 | | | |

Page Subtotals:  $3,300.53    $3,300.53

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-01152                                    Trustee Name: DAVID A. BIRDSELL, TRUSTEE          Exhibit 9

Case Name: LINDSEY HARDISON                          Bank Name: BOK Financial

                                                     Account Number/CD#: XXXXXX1482

                                                     Checking

Taxpayer ID No: XX-XXX5701                           Blanket Bond (per case limit): $29,161,778.00

For Period Ending: 09/20/2017                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ADAM NACH | Final distribution representing a payment of 100.00 % per court order. | ($2,276.78) | 3210-000 | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,300.53 | $3,300.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,300.53 | $3,300.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,300.53 | $3,300.53 |

Case 2:14-bk-01152-EPB   Doc 51   Filed 10/24/17   Entered 10/24/17 09:45:43   Desc
Page 8 of 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1482 - Checking | $3,300.53 | $3,300.53 | $0.00 |
| | $3,300.53 | $3,300.53 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,300.53 |
| Total Gross Receipts: | $3,300.53 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 2:14-bk-01152-EPB   Doc 51   Filed 10/24/17   Entered 10/24/17 09:45:43   Desc
Page Subtotals: $0.00   $0.00   $0.00
Page 9 of 9